[No. 14396–4–I.   Division One.   July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
HUGH CHRISTY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83–1–03458–9, Charles V. Johnson, J., entered
February 14, 1984. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Scholfield, A.C.J., and
Swanson, J.

[No. 13048–0–I.   Division One.   July 29, 1985.]

SHIRLEY DEWEY, *Appellant*, v. JOHN SCHNEIDER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–05130–6, Arthur E. Piehler, J., entered
March 15, 1982. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold and Coleman, JJ.

[No. 14712–9–I.   Division One.   July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JON
V. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 110890RO10, John E. Rutter, Jr.,
J., entered April 23, 1984. *Reversed* and *dismissed* by
unpublished opinion per Webster, J., concurred in by
Swanson and Ringold, JJ.

[No. 14804–4–I.   Division One.   July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ELROY
UNICE ANTOINE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84–8–10132–2, Liem E. Tuai, J., entered May
9, 1984. *Dismissed* by unpublished opinion per Grosse, J.,
concurred in by Swanson and Webster, JJ.